**Opinion issued July 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00286-CV

———————————

## PAULA M. MILLER, Appellant

## V.

## JAS FAMILY LIMITED PARTNERSHIP#4, LTD., Appellee

---

### On Appeal from the 149th District Court
### Brazoria County, Texas
### Trial Court Case No. 65767

---

### MEMORANDUM OPINION

Appellant, Paula Miller, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.